73 A.3d 1259

IN THE MATTER OF JAMES O. ROBERSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 584861986).

September 30, 2013.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JAMES O. ROBERSON** of **WASHINGTON**,

**D.C.,** who was admitted to the bar of this State in 1986, and who has been suspended from the practice of law since April 26, 2002, pursuant to Orders of this Court, be restored to the practice of law, effective immediately.